IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VANCARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3096 |
| | ) | |
| v. | ) | |
| | ) | |
| T.H.E. MEDICAL, INC., and T.H.E. MEDICAL HOLDINGS CANADA, INC., | ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has been informed that Plaintiff's counsel passed away on December 18, 2011. Plaintiff Vancare, Inc. cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).

IT IS ORDERED:

1) Vancare, Inc. shall have 45 days from the date of this order to obtain the services of substitute counsel and have that attorney file an appearance on its behalf, in the absence of which this case is subject to dismissal.

2) The clerk of the court shall mail a copy of this order to:

> Vancare, Inc.
> 1515 1st St.
> Aurora, NE 68818

DATED this 3rd day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge