IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VANCARE, INC., | ) | 4:11CV3096 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| T.H.E. MEDICAL, INC., and | ) | |
| T.H.E. MEDICAL HOLDINGS | ) | |
| CANADA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the parties' joint motion for enlargement of time (filing 37) is granted, as follows:

1. Paragraph (1) of the court's settlement order (filing 36) is modified to provide that the parties shall have until December 12, 2012, to file a joint stipulation for dismissal; in all other respects such order is unchanged.

2. No further enlargement of time shall be granted without good cause.

October 15, 2012.        BY THE COURT:

                                        *Richard G. Kopf*
                                        Senior United States District Judge