IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VANCARE, INC., | ) | 4:11CV3096 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| T.H.E. MEDICAL, INC., and | ) | |
| T.H.E. MEDICAL HOLDINGS | ) | |
| CANADA, INC., | ) | |
| | | |
| Defendants. | | |

Pursuant to the parties' joint stipulation (filing 39) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs.

December 12, 2012.              BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge